UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| CALVIN COMPTON, ) | |
| ) | |
| Plaintiff, ) | Civil No: 14-164-GFVT |
| ) | |
| V. ) | |
| ) | |
| CAROLYN COLVIN, ) | **JUDGMENT** |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

*** *** *** ***

In accordance with Rule 58 of the Federal Rules of Civil Procedure and pursuant to sentence four of 42 U.S.C. § 405(g), it is hereby **ORDERED** as follows:

1.  The administrative decision of the Commissioner of Social Security is **AFFIRMED** and Judgment is **ENTERED** in favor of the Social Security Administration with respect to all issues raised herein;

2.  This is a **FINAL** and **APPEALABLE** Judgment and there is no cause for delay;

3.  All issues properly raised herein having been resolved, this action is **DISMISSED** with prejudice; and

4.  This matter is **STRICKEN** from the Court's active docket.

This the 3rd day of February, 2016.

Gregory F. Van Tatenhove
United States District Judge